# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY (FRANKFORT)

---

| | |
|---|---|
| JACKIE T. HARPER, <br>    Plaintiff, <br><br> vs. <br><br> TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; COMMONWEALTH CREDIT UNION, INC.; WRIGHT-PATT CREDIT UNION, INC.; AFFIRM, INC.; and CKS PRIME INVESTMENTS, LLC; <br>    Defendants. | CASE NO. <br> **ELECTRONICALLY FILED** <br><br> Judge <br> Magistrate Judge |

---

## TRANS UNION, LLC'S NOTICE OF REMOVAL

---

  Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Anderson Circuit Court, Commonwealth of Kentucky, to the United States District Court for the Eastern District of Kentucky, on the following grounds:

  1. Plaintiff Jackie T. Harper served Trans Union on or about December 22, 2022, with a Summons and Complaint filed in the Anderson Circuit Court, Commonwealth of Kentucky. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

  2. Plaintiff asserts claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint, paras. 17-26, 31-35.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. This Court has supplemental jurisdiction of Plaintiff's remaining state law claim, intentional or negligent infliction of emotional distress, pursuant to 28 U.S.C. § 1367, because the claims alleged in the Complaint arise from the same core of alleged operative facts and involve substantially similar questions of fact and law.

5. Pursuant to 28 U.S.C. § 1441, *et seq.*, and 28 U.S.C. § 1367, this cause may be removed from the Anderson Circuit Court, Commonwealth of Kentucky, to the United States District Court for the Eastern District of Kentucky.

6. As of the date of this Notice Of Removal, Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., Commonwealth Credit Union, Inc., Wright-Patt Credit Union, Inc., Affirm, Inc., and CKS Prime Investments, LLC have been served. Counsel for Trans Union has contacted counsel for Defendants and they have consented to this removal as evidenced by the consents attached hereto as **Exhibit C**, **Exhibit D**, **Exhibit E**, **Exhibit F**, **Exhibit G**, and **Exhibit H.**

7. Removal of the action is timely. Pursuant to 28 U.S.C. § 1446(b), removal must be filed within 30 days after Defendant receives a paper from which it can first ascertain that the case is removable. The Complaint was filed against Trans Union on December 22, 2022. This Notice is being filed on January 11, 2023, within 30 days of the lawsuit being filed and served on Trans Union.

8. Notice of this removal has been or will promptly be filed with the Anderson Circuit Court, Commonwealth of Kentucky and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Anderson Circuit Court, Commonwealth of Kentucky to this United States District Court, Eastern District of Kentucky.

Dated:  January 11, 2023

Respectfully submitted,

*s/ Jared D. Brown*
Jared D. Brown, Esq.  (KY # 99756)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 114
Fax:  (317) 363-2257
E-Mail:  jbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **11th day of January, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or e-mail, on the **11th day of January, 2023**, properly addressed as follows:

| **for Plaintiff Jackie T. Harper** <br> Zachary L. Taylor, Esq. <br> Taylor Couch, PLLC <br> 130 Saint Matthews Ave., Suite 301 <br> Louisville, KY 40207 <br> ztaylor@taylorcouchlaw.com | |
|---|---|

s/ Jared D. Brown
Jared D. Brown, Esq.  (KY # 99756)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 114
Fax:  (317) 363-2257
E-Mail:  jbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*