UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JACKIE T. HARPER | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:23-cv-00004-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the parties' joint Stipulation of Dismissal. [R. 63.] The parties agree that Plaintiff's claims against Defendant Trans Union, LLC should be dismissed with prejudice. *Id.* *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' joint Stipulation of Dismissal **[R. 63]** is **GRANTED**; and

2. All claims in this matter by Plaintiff Jackie T. Harper against Defendant Trans Union, LLC, shall be, and hereby are, **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees;

3. Plaintiff's claims against other Defendants remain unaffected by this Order.

This the 17th day of March, 2024.

Gregory F. Van Tatenhove
United States District Judge